**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (227341)
213.377.5502 | jyu@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

Attorneys for Defendant
Cellco Partnership d/b/a Verizon Wireless

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE GANGWER and KELLY GANGWER,<br><br>                    Plaintiff,<br><br>     vs.<br><br>VERIZON WIRELESS; and DOES 1 to 10, inclusive,<br><br>                    Defendant(s). | Case No. 14-cv-00819-GEB-EFB<br><br>**SECOND STIPULATION TO EXTEND CELLCO PARTNERSHIP'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER**<br><br>Complaint served:      April 10, 2014<br>Original response date: May 1, 2014<br>Current response date: May 29, 2014<br>New response date:     June 19, 2014<br><br>Honorable Garland E. Burrell, Jr. |

Plaintiffs Jamie and Kelly Gangwer (collectively "Plaintiffs") and Defendant Cellco Partnership d/b/a Verizon Wireless ("Defendant"), by and through their counsel of record, hereby stipulate to extend Defendant's time to respond to Plaintiff's Complaint by 21 days, from May 29, 2014 to June 19, 2014. Good cause exists for this extension. The parties are actively discussing the allegations of the Complaint and informally exchanging information relevant to Plaintiff's allegations. Through this extension request, the parties seek an opportunity to evaluate the merits of the Complaint and possible resolution of the action without expending further judicial or litigant resources.

The Parties previously stipulated to a 28 day extension pursuant to Local Rule 144(a). [Document 5].

DATED: May 28, 2014.

YU | MOHANDESI LLP

By   /s/ B. Ben Mohandesi
     B. Ben Mohandesi
     Jordan S. Yu
     Attorneys for Defendant
     Cellco Partnership d/b/a Verizon Wireless

DATED: May 28, 2014.

PRICE LAW GROUP, APC

By   /s/ G. Thomas Martin, III
     Attorneys for Plaintiffs
     Jamie and Kelly Gangwer

IT IS SO ORDERED.

Dated:  May 28, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**CERTIFICATE OF SERVICE**

I certify that on May 28, 2014, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: May 28, 2014.

YU | MOHANDESI LLP

By  */s/ B. Ben Mohandesi*
B. Ben Mohandesi
Attorneys for Defendant
Cellco Partnership d/b/a Verizon Wireless
