PRICE LAW GROUP, APC
G. Thomas Martin, III (SBN 218456)
15760 Ventura Boulevard, Suite 1100
Encino, California 91436
Telephone: 818.907.2030
Facsimile: 818.205.3730
tom@plglawfirm.com

Attorney for Plaintiffs
JAMIE & KELLY GANGWER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| JAMIE GANGWER and KELLY GANGWER,<br><br>             Plaintiffs,<br><br>     vs.<br><br>VERIZON WIRELESS; and DOES 1 to 10, inclusive,<br><br>             Defendant(s). | Case No.: 14-cv-00819-GEB-EFB<br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs, JAMIE GANGWER and KELLY GANGWER, by and through their attorney, inform this Honorable Court that Plaintiffs have settled their case with Defendant, VERIZON WIRELESS. The parties are in the process of finalizing settlement, and Plaintiffs anticipate the settlement will be finalized in

- 1 -

40 days. Plaintiffs respectfully request that this Honorable Court vacate all dates currently set on calendar for this case.

Dated: June 16, 2014

RESPECTFULLY SUBMITTED,
**PRICE LAW GROUP, APC**

By: /s/ G. Thomas Martin, III
　　G. Thomas Martin, III
　　*Attorney for Plaintiffs*