**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (227341)
213.377.5502 | jyu@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

Attorneys for Defendant
Cellco Partnership d/b/a Verizon Wireless

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE GANGWER and KELLY GANGWER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>VERIZON WIRELESS; and DOES 1 to 10, inclusive,<br><br>　　　　Defendant(s). | Case No. 14-cv-00819-GEB-EFB<br><br>**STIPULATION TO DISMISS ACTION IN ITS ENTIRETY WITH PREJUDICE**<br><br>Honorable Garland E. Burrell, Jr. |

– 1 –

STIPULATION TO DISMISS ACTION WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), Plaintiffs Jamie and Kelly Gangwer (collectively "Plaintiffs") and Defendant Cellco Partnership d/b/a Verizon Wireless ("Defendant"), by and through their counsel of record, hereby stipulate to dismiss this action in its entirety with prejudice.  Each party to this Stipulation shall bear his, her or its own costs, attorneys' fees, and all other expenses incurred in connection with this action.

IT IS SO STIPULATED.

DATED:  July 28, 2014.

YU | MOHANDESI LLP

By  */s/ B. Ben Mohandesi*
B. Ben Mohandesi
Jordan S. Yu
Attorneys for Defendant
Cellco Partnership d/b/a Verizon Wireless

DATED:  July 28, 2014.

PRICE LAW GROUP, APC

By  */s/ G. Thomas Martin, III*
Attorneys for Plaintiffs
Jamie and Kelly Gangwer

**CERTIFICATE OF SERVICE**

I certify that on July 28, 2014, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

DATED:  July 28, 2014.

YU | MOHANDESI LLP

By  */s/ B. Ben Mohandesi*
B. Ben Mohandesi
Attorneys for Defendant
Cellco Partnership d/b/a Verizon Wireless